(August 12, 1976)

■ SIMON H. RIFKIND, as Preliminary Executor of Harry Kanter, Deceased, Appellant, v SUCCESSFUL CREATIONS, INC., et al., Respondents.— Order of this court entered on June 24, 1976 is vacated, and the appeal from the order of the Supreme Court, New York County, entered on May 14, 1975 is restored to the calendar for disposition. Concur—Murphy, J. P., Lupiano, Lane and Yesawich, JJ.